UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

IN RE:
PALM BEACH COMMUNITY CHURCH, INC.,

CASE NO. 13-35141-EPK
CHAPTER 11

_____ Debtor _____/

**CERTIFICATE OF SERVICE OF [DE#186]- NOTICE OF HEARING  and [DE#185] INTERIM APPLICATION FOR COMPENSATION BY SPECIAL COUNSEL JOHN R. EUBANKS, ESQ.
AND
AND COMPLIANCE WITH LOCAL RULE 9073-1(D)**

I HEREBY CERTIFY that a true and correct copy of the following documents:

(1)     **[DE#186] – -Notice of Hearing**

(2)     **[DE#185] – Interim Application for Compensation by John R. Eubanks, Jr., Esq., Special Real Estate Counsel to the Debtor**

were served on all parties listed below, in the manner and on the date indicated.

**SERVED VIA ECF NOTICE: (9/26/14)**

- James M Brako LegalServices@pbctax.com
- Rachel S Budke rachel_budke@fpl.com, denise_chapman@fpl.com;miriam_corzo_garcia@fpl.com
- Heidi A Feinman Heidi.A.Feinman@usdoj.gov
- Robert C Furr bnasralla@furrcohen.com, atty_furrcohen@bluestylus.com
- Steven S Newburgh snewburgh@ssclawfirm.com, ssn@newburghlaw.net;kgarcia@ssclawfirm.com;jocasio@ssclawfirm.com
- Office of the US Trustee USTPRegion21.MM.ECF@usdoj.gov
- Allen R Tomlinson atomlinson@jonesfoster.com, hgriffin@jonesfoster.com
- Aaron A Wernick awernick@furrcohen.com, cworkinger@furrcohen.com;atty_furrcohen@bluestylus.com

**SERVED BY U.S. MAIL: (9/26/2014)**
The Debtor, all creditors and appearances, on the Official Court Matrix, and the MANUAL NOTICE PARTIES, served by BK Attorney Services as evidenced by the attached Certificate of Service

- 1 -

**MANUAL NOTICE (9/26/2014) served by BK attorney Services**

Roy Wiley, CPA
711 W Indiantown Rd #C-5
Jupiter, FL  33458-7571

Lynette Green
5100 Town Center Cir #600
Boca Raton, FL 33486

John Eubanks, Esq.
1209 N. Olive Avenue
W Palm Beach, FL  33401

S James Akers
New River Appraisals
1932 NE 31 Ave
Ft Lauderdale, FL  33305-1815

**SERVED VIA E-MAIL: (9/26/14)**
Palm Beach Community Church, Debtor

      I further certify that I have **not** conferred with opposing counsel in an attempt to resolve these issues without hearing **because of the nature of the motion**.

RESPECTFULLY SUBMITTED this  2<u>6th day of September, 2014.</u>

                FURR AND COHEN, P.A.
                Attorney for Debtor
                2255 Glades Road, Suite 337W
                Boca Raton, FL 33431
                (561) 395-0500/(561)338-7532-fax
                By    /s/Robert C. Furr
                ROBERT C. FURR, ESQ.
                Florida Bar No.210854
                E-MAIL rfurr@furrcohen.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: Palm Beach Community Church Inc. | CASE NO: 13-35141-EPK |
| | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 11 |
| | ECF Docket Reference No. |
| | Judge: Erik P. Kimball |
| | Hearing Location: |
| | Hearing Date: |
| | Hearing Time: |
| | Response Date: |

On 9/26/2014, I did cause a copy of the following documents, described below,

Application for Interim Compensation by John R. Eubanks Special Counsel to Debtor for Real Estate Matters [DE#185],

Notice of Hearing on DE#185 [DE#186]

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

DATED: 9/26/2014

/s/ Robert C. Furr Esq.
Robert C. Furr Esq.  210854
Furr and Cohen P.A.
2255 Glades Road #337W
Boca Raton, FL  33431
561 395 0500
bnasralla@furrcohen.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: Palm Beach Community Church Inc. | CASE NO: 13-35141-EPK |
| | **CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 11<br>ECF Docket Reference No.<br>Judge: Erik P. Kimball<br>Hearing Location:<br>Hearing Date:<br>Hearing Time:<br>Response Date: |

On 9/26/2014, a copy of the following documents, described below,

Application for Interim Compensation by John R. Eubanks Special Counsel to Debtor for Real Estate Matters [DE#185],

Notice of Hearing on DE#185 [DE#186]

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 9/26/2014

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Furr and Cohen P.A.
Robert C. Furr Esq.
2255 Glades Road #337W
Boca Raton, FL  33431

```
PARTIES DESIGNATED AS "EXCLUDE FROM SERVICE VIA REGULAR FIRST CLASS MAIL" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM
```

*CASE INFO*

| | | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>113C-9<br>CASE 13-35141-EPK<br>SOUTHERN DISTRICT OF FLORIDA<br>WEST PALM BEACH<br>FRI SEP 26 09-54-32 EDT 2014 | FLORIDA POWER & LIGHT COMPANY<br>CO RACHEL S BUDKE<br>700 UNIVERSE BLVD<br>JUNO BEACH FL 33408-2683 | PNC BANK NATIONAL ASSOCIATION FKA NATIONA<br>CO ALLEN R. TOMLINSON ESQ.<br>POB 3475<br>WEST PALM BEACH FL 33402-3475 |

*DEBTOR*

| | | |
|---|---|---|
| PALM BEACH COMMUNITY CHURCH INC.<br>4901 PGA BOULEVARD<br>PALM BEACH GARDENS FL 33418-3962 | PALM BEACH COUNTY TAX COLLECTOR<br>CO JAMES M. BRAKO GENERAL COUNSEL<br>P.O. BOX 3715<br>WEST PALM BEACH FL 33402-3715 | RESIDENCES AT MIDTOWN CONDOMINIUM ASSOCIATIO<br>CO SACHS SAX CAPLAN<br>6111 BROKEN SOUND PARKWAY N.W.<br>SUITE 200<br>BOCA RATON FL 33487-3644 |
| BARKLEY□S LANDSCAPE<br>6087 GARRETT ST<br>JUPITER FL 33458-6617 | BEN DEVRIES REAL ESTATE COUNSELORS<br>CO PRESTON J. FIELDS P.A.<br>11211 PROSPERITY FARMS ROAD SUITE C-301<br>PALM BEACH GARDENS FLORIDA 33410-3400 | BEN DEVIRES<br>BEN DEVIRES REAL ESTATE<br>7711 N MILITARY T<br>PALM BEACH GARDENS FL 33410-6506 |
| BEN DEVRIES<br>BEN DEVIRES REAL ESTATE COUNSELORS<br>CO PRESTON J FIELDS SR ESQ<br>11211 PROPPERITY FARMS RD #301<br>PALM BEACH GARDENS FL 33410-3400 | BLUE CROSS BLUE SHIELD<br>PO BOX 1798<br>JACKSONVILLE FL 32231-0014 | BORLAND COMMUNITY OWNERS ASSOC<br>4801 PGA BLVD<br>PALM BEACH GARDENS FL 33418-3941 |
| CBRE INC<br>5100 TOWN CENTER CIR #600<br>BOCA RATON FL 33486-1021 | CAREFREE CATERING<br>1510 LANTANA RD<br>WEST PALM BEACH FL 33409 | EVERBANK COMMERCIAL FINANCE<br>10 WATERVIEW BLVD<br>PARSIPPANY NJ 07054-7607 |
| EXPERT ELEVATOR<br>550 BUSINESS PKWY BAY 8<br>WEST PALM BEACH FL 33411-1743 | INTERNAL REVENUE SERVICE<br>POB 7346<br>PHILADELPHIA PA 19101-7346 | JOHNSON CONTROLS<br>15901 SW 29 STREET #801<br>HOLLYWOOD FL 33027-5252 |
| JOHNSON CONTROLS<br>PO BOX 905240<br>CHARLOTTE NC 28290-5240 | OCEANA COFFEE INC<br>221 OLD DIXIE HWY #1<br>JUPITER FL 33469-2722 | OFFICE OF THE US TRUSTEE<br>51 S.W. 1ST AVE.<br>SUITE 1204<br>MIAMI FL 33130-1614 |
| PNC BANK<br>ALLEN R. TOMLINSON ESQ<br>505 S FLAGLER DR #1100<br>WEST PALM BEACH FL 33401-5950 | PNC BANK<br>PO BOX 340777<br>PITTSBURGH PA 15230-7777 | PNC BANK N.A.<br>205 DATURA STREET<br>WEST PALM BEACH FL 33401-5603 |
| PALM BEACH COUNTY TAX COLLECTOR<br>P.O. BOX 3715<br>WEST PALM BEACH FL 33402-3715 | PHILADELPHIA LIABILITY INSURANCE<br>PO BOX 70251<br>PHILADELPHIA PA 19176-0251 | PROTECTION ONE<br>4815 PACK RIDGE BLVD<br>#103<br>BOYNTON BEACH FL 33426 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| SEACOAST CREDIT CARDS<br>PO BOX 2818<br>OMAHA NE 68103-2818 | SMART PLAN FINANCIAL SERVICES<br>711 W INDIANTOWN RD<br>JUPITER FL 33458-7575 | STRONG BRANCH<br>634 SE DEAN TERRACE<br>PORT SAINT LUCIE FL 34984-6408 |
| THERMINIX COMMERCIAL<br>3467 NW 55 ST<br>FORT LAUDERDALE FL 33309-6308 | WELLS FARGO FINANCIAL LEASING INC.<br>800 WALNUT STREET<br>MAC N0005-055<br>DES MOINES IA 50309-3605 | ZURICH PROPERTY INSURANCE<br>2600 LAKE LUCIEN DR #304<br>MAITLAND FL 32751-7260 |
| AARON A WERNICK<br>2255 GLADES RD # 337W<br>BOCA RATON FL 33431-7379 | DOUGLAS S WHITNEY<br>3998 FAU BLVD #300<br>BOCA RATON FL 33431-6429 | JOHN R EUBANKS<br>1209 N OLIVE AVE<br>WEST PALM BEACH FL 33401-3515 |
| LYNETTE GREEN<br>5100 TOWN CENTER CIR #600<br>BOCA RATON FL 33486-1021 | ROBERT C FURR ESQ<br>2255 GLADES RD #337W<br>BOCA RATON FL 33431-7379 | ROY WILEY<br>711 W INDIANTOWN RD #C5<br>JUPITER FL 33458-7571 |
| S JAMES AKERS<br>1932 NE 31 AVE<br>FT LAUDERDALE FL 33305-1815 | | |