UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division

IN RE:

PALM BEACH COMMUNITY CHURCH, INC.,

CASE NO. 13-35141-EPK
CHAPTER 11

          Debtor.          /

**DEBTOR IN POSSESSION'S FOURTH MOTION TO EXTEND EXCLUSIVITY PERIODTO SOLICIT ACCEPTANCES TO PLAN**

PALM BEACH COMMUNITY CHURCH, INC., Debtor and Debtor in Possession (the "**Debtor**"), by and through undersigned counsel, hereby moves this Court to enter an Order extending the exclusive period within which only the Debtor may solicit acceptances to its Plan, and in support thereof states as follows:

**JURISDICTION AND VENUE**

1. The Court has jurisdiction over this matter, the parties in interest, and the property and interests in property affected hereby, pursuant to 28 U.S.C. §§157 and 1334. Consideration of this matter is a core proceeding under 28 U.S.C. §157(b)(2)(A).

2. The statutory predicates for relief sought are 11 U.S.C. §§105(a) and 1121.

**BACKGROUND**

3. This case was commenced by the filing of a voluntary petition under Chapter 11 of the Bankruptcy Code on October 20, 2013 [D.E. #1]

4. Pursuant to 11 U.S.C. §§1107(a) and 1108, the Debtor is managing its affairs as debtor-in-possession. As of the date hereof, no trustee, examiner or statutory committee has been appointed in this Chapter 11 case.

5. Pursuant to 11 U.S.C. § 1121(c), the Debtor has the exclusive right to solicit

acceptances to a plan through and including **October 3, 2014**. This Motion is timely filed.

## RELIEF REQUESTED AND BASIS FOR RELIEF REQUESTED

6. Through this motion, the Debtor respectfully requests that this Court enter an Order extending the Debtor's exclusive right to solicit acceptances of a plan for a thirty (30) day period through and including November 3, 2014.

7. The Debtor filed its Plan [DE #98] and Disclosure Statement [DE# 99] on May 16, 2014 and filed its Amended Plan [DE #132] and Amended Disclosure Statement [DE#133] on July 3, 2014. At the hearing on approval of the Amended Disclosure Statement, this Court ruled that the Debtor was required to file a Second Amended Disclosure Statement by July 17, 2014 to reflect the revised treatment of creditor PNC's claim as PNC, on July 10, 2014, had elected to have its claim treated pursuant to 11 U.S.C. § 1111(b)(2).

8. On July 17, 2014 the Debtor filed its Second Amended Plan [DE#143] and its Second Amended Disclosure Statement [DE#144]. Upon the Agreed Ex-Parte Motion to Continue Confirmation Hearing and Hearing on Fee Applications; Extend All Related Deadline; and Reschedule Confirmation Hearing to November 3, 2014 [DE# 164], the Court entered an Order Continuing Confirmation of Second Amended Plan to November 3, 2014 [DE#166].

9. The Debtor requires an extension of the period within which only the Debtor may solicit acceptances to its plan until after the outcome of the auction sale of the undeveloped portion of its property to determine the amount of cash to be paid to the secured lender, PNC Bank, which will be established after an auction sale is completed. The previously set auction did not occur and the Debtor is working with the Stalking Horse to reset the auction. The results of the auction sale will provide definite information as to the cash portion of the payment to the Secured Creditor, and may lead to PNC's acceptance of the Debtor's plan.

10. In addition, the Debtor is currently entertaining offers for the purchase of the claim held by PNC, whereby the note purchaser would hold a lien on the Borland Center and sell the undeveloped parcel of the Debtor's property.

11. This Motion is the Debtor's fourth request for an extension of exclusivity.

12. The Debtor is seeking an extension in good faith and not to interests of creditors and other parties in interest.

**WHEREFORE**, the Debtor respectfully requests that this Court enter an Order extending the Debtor's exclusivity period in which only the Debtor may solicit acceptances to its plan for thirty (30) days through and including November 3, 2014, without prejudice to seeking further extensions in the event circumstances require it, and granting any other and further relief as this Court deems just and proper.

I HEREBY CERTIFY that a true and correct copy of the foregoing will be furnished to all creditors and interested parties with the Notice of Hearing on this Motion.

Respectfully Submitted this 3rd day of October, 2014.

FURR AND COHEN, P.A.
*Attorneys for Debtor*
One Boca Place, Suite 337W
2255 Glades Road
Boca Raton, Florida 33431
Phone: (561)395-0500
Facsimile: (561)338-7532

By: */s/Aaron A. Wernick*
Aaron A. Wernick, Esquire
Fla. Bar No.: 14059
E-mail: awernick@furrcohen.com

**SERVED VIA ECF NOTICE: (10/3/2014):**

- Rachel S Budke rachel_budke@fpl.com, denise_chapman@fpl.com;miriam_corzo_garcia@fpl.com
- Heidi A Feinman Heidi.A.Feinman@usdoj.gov

- 4 -

- Robert C Furr bnasralla@furrcohen.com, atty_furrcohen@bluestylus.com
- Steven S Newburgh snewburgh@ssclawfirm.com, ssn@newburghlaw.net;cespinoza@ssclawfirm.com;kgarcia@ssclawfirm.com;jocasio@ssclawfirm.com
- Office of the US Trustee USTPRegion21.MM.ECF@usdoj.gov
- Allen R Tomlinson atomlinson@jonesfoster.com, hgriffin@jonesfoster.com
- Aaron A Wernick awernick@furrcohen.com, cworkinger@furrcohen.com;atty_furrcohen@bluestylus.com

H:\LIBRARY\BANKRUPTCY\Palm Beach CommunityH:\LIBRARY\BANKRUPTCY\Palm Beach Community Church Inc 13-076\PLD\Motion Extend Exclusive Period to Solicit Acceptances to Nov 10.docx Church Inc -bjn