## `UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
### West Palm Beach Division
### www.flsb.uscourts.gov

IN RE:

PALM BEACH COMMUNITY CHURCH,                     CASE NO. 13-35141-EPK
INC.,                                            CHAPTER 11

        Debtor.

_____/

## MOTION TO APPROVE AMENDMENT TO LISTING AGREEMENT
## WITH REAL ESTATE BROKER

**PALM BEACH COMMUNITY CHURCH, INC.,** the Debtor and Debtor-in-Possession (the "**Debtor**"), by and through undersigned counsel, pursuant to section 327(a) of the Bankruptcy Code, Rule 2014(a) of the Federal Rules of Bankruptcy Procedure and Local Rule 9013-1(c)(4), hereby files this motion seeking the entry of an order authorizing the Debtor to enter into an amendment to the original listing agreement (the "**Amended Listing Agreement**"), attached as Exhibit "A", with CBRE, Inc., real estate broker (the "**Broker**") and Lynette Green, real estate agent (the "**Listing Agent**"), extending CBRE's exclusive listing period through August 20, 2015 and providing for an additional 1% commission to be paid to a co-broker representing the successful purchaser, and in support of the Motion, the Debtor respectfully states as follows:

### BACKGROUND

1.    On October 20, 2013 (the "**Petition Date**"), the Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

2.    The Debtor is operating its business and managing its affairs as a debtor-in-possession pursuant to 11 U.S.C. §§ 1107(a) and 1108.

3.      The parcel of property that the Debtor seeks to market is described as that certain parcel of real property located at the northeast quadrant of the intersection of PGA Boulevard and Shady Lakes Drive, in the city of Palm Beach Gardens, Florida consisting of approximately 9 acres of undeveloped land (the "**Property**").

4.      On April 4, 2014 the Court entered its *Order Approving the Amended Emergency Application to Employ Real Estate Broker, CBRE, Inc.* [DE#84] authorizing the Debtor to employ the Broker to market the Property for a period through and including August 3, 2014.

<u>**RELIEF REQUESTED**</u>

5.      By way of this Motion, the Debtor seeks approval of the Amended Listing Agreement, extending the exclusive listing period for CBRE through August 20, 2015 and providing for an additional 1% commission to be paid to a co-broker representing the ultimate purchaser, and for CBRE to continue to have the exclusive right to market and sell the Debtor's Property pursuant to the terms described below.

<u>**TERMS OF RETENTION**</u>

6.      Pursuant to the terms of the Amended Listing Agreement, the Broker will perform the following services in connection with marketing the Debtor's Property:  (i) determination of marketing strategy; (ii) preparation of marketing materials; (iii) listing and marketing of Property; (iv) preparation of due diligence information; (v) assistance in deal negotiations ;(vi) negotiate any offers made to purchase the Property; and (vii) assistance in transaction closing, through and including August 20, 2015.

7.      Broker has agreed to accept a commission of 3% of the gross sales price if no other brokers are involved in the sales transaction. In addition, a cooperating broker representing

the successful Buyer shall receive a commission of 1% of the gross sales price to be paid by the Buyer.

8.      No commission shall be due the Broker or any co-broker in the event of a purchase or a deed in lieu of foreclosure by or with PNC Bank, N.A. or any purchase of the Property at a foreclosure sale.

9.      In the event of a joint venture development where the land and building are purchased by a developer and the building is leased back to the Debtor, the Broker would be compensated only on the portion of the sales price attributed to the Property. No commission shall be due for any lease or sale of the building in a joint venture development agreement.

10.     In the event of a merger with Life Church, Calvary Church or Family Church, the Broker agrees to a reduced commission of 1% of the sales price attributed to the value of the Property up to 30 days after the effective date of the listing agreement.

## BROKER'S DISINTERESTEDNESS

11.     Broker has informed the Debtor that it (i) has no connection with the Debtor, its creditors or other parties in interest in this case, other than the connection disclosed in this paragraph; (ii) does not hold any interest adverse to the Debtor's estate; and (iii) believes it is a disinterested person as defined within Section 101(14) of the Bankruptcy Code. The Listing Agent, Lynette Green, is the wife of one of the Elders of the Church.

12.     Other than with its own partners, directors, managers and associates, Broker has agreed not to share with any person or firm, the compensation to be paid for professional services rendered in connection with this case.

WHEREFORE, the Debtor moves for the entry of an order authorizing the Debtor to enter into an amendment to the original listing agreement with CBRE, Inc. and Lynette Green,

extending the exclusive listing period through and including August 20, 2015, providing for an additional 1% commission to be paid to a co-broker representing the successful purchaser, and for such other and further relief as this Court deems just and proper.

Respectfully submitted this ___16th day of October, 2014.

RESPECTFULLY SUBMITTED,

FURR AND COHEN, P.A.
*Attorneys for the Debtor*
2255 Glades Road, Suite 337W
Boca Raton, FL 33431
Tel :( 561)395-0500; Fax :( 561)338-7532

By: _/s/ *Aaron A. Wernick*_____
Aaron A. Wernick
Florida Bar No: 14059
awernick@furrcohen.com

**SERVED VIA ECF NOTICE:**

- James M Brako LegalServices@pbctax.com
- Rachel S Budke rachel_budke@fpl.com,
  denise_chapman@fpl.com;miriam_corzo_garcia@fpl.com
- Heidi A Feinman Heidi.A.Feinman@usdoj.gov
- Robert C Furr bnasralla@furrcohen.com, atty_furrcohen@bluestylus.com
- Steven S Newburgh snewburgh@ssclawfirm.com,
  ssn@newburghlaw.net;kgarcia@ssclawfirm.com;jocasio@ssclawfirm.com
- Office of the US Trustee USTPRegion21.MM.ECF@usdoj.gov
- Allen R Tomlinson atomlinson@jonesfoster.com, hgriffin@jonesfoster.com
- Aaron A Wernick awernick@furrcohen.com,
  cworkinger@furrcohen.com;atty_furrcohen@bluestylus.com

**SERVED VIA E-MAIL:**
Palm Beach Comm Church

H:\LIBRARY\BANKRUPTCY\Palm Beach Community Church Inc 13-076\PLD\M Approve Amendment ot Lisitng Agreement 10-16-14 with AW changes.docx-bjn



**AMENDMENT TO LISTING AGREEEMENT**
CBRE, INC.
BROKERAGE AND MANAGEMENT

This Amendment (the "Amendment") to that certain Listing Agreement for the property generally described or located in the City of Palm Beach Gardens, County of Palm Beach, State of Florida, and is located at and is further described as a +/- 9 acre parcel of undeveloped land along PGA Boulevard is entered into between CBRE, Inc. ("Broker") and Palm Beach Community Church ("Owner") on the terms stated herein.

1.    The term of the Agreement is hereby extended until August 20th, 2015.

2.    A 1% fee will be paid to the Co-Broker representing the Buyer.

3.    All other terms and conditions of the Listing Agreement remain unmodified and in full force and effect. Any inconsistency or ambiguity arising from this Amendment shall be resolved in favor of this Amendment.

The undersigned hereby acknowledges receipt of a copy of this Agreement.

| CBRE, INC. | Palm Beach Community Church |
|---|---|
| By: | By: |
| Name: Ken Krasnow | Name: Raymond Underwood |
| Title: Managing Director | Title: Lead Pastor |
| Address: 5100 Town Center Circle, Suite 600 | Address: 4901 PGA Boulevard |
| Boca Raton, FL 33486 | Palm Beach Gardens, FL 33418 |
| Telephone: 561-394-2100 | Telephone: 561-626-5683 |
| Date: 10/14/14 | Date: 10/14/14 |

**CONSULT YOUR ADVISORS** – This document has legal consequences. No representation or recommendation is made by Broker as to the legal or tax consequences of this Agreement or the transaction(s) which it contemplates. These are questions for your attorney and financial advisors.

10/2011
Florida