**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:  Case No. 13-35141-EPK
Chapter 11

Palm Beach Community Church, Inc.,

        Debtor        /

**REPORT OF MEDIATOR**

The undersigned court-appointed mediator, reports to the court as follows:

    A.    A mediation conference was conducted on October 10, 2014
    B.    The conference resulted in the following:

Agreement signed (total resolution).

    X    The parties settled the following issues:

    (a) all issues

U.S. BANKRUPTCY COURT
SO. DISTRICT OF FLORIDA-WPB
OCT 16 2014
FILED   RECEIVED

**Attendance:**

Parties and Counsel Present: All that were required.

Dated: 10/16/14

signature of mediator

Hon. Paul G. Hyman, Jr.
print name
1515 N Flagler Drive, Room 801
address
West Palm Beach, FL 33401
city, state, zip code

Copies to:
Rpbert Furr, Esq.

Robert Furr, Esq. shall serve a copy of this report on all counsel who are not recipients of this report via cm/ecf, and shall file a certificate of service of the same.

LF-54 (rev. 12/01/09)