UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division
www.flsb.uscourts.gov

IN RE:  　　　　　　　　　　　　　　　　　CASE NO. 13-35141-EPK
　　　　　　　　　　　　　　　　　　　　　CHAPTER 11
PALM BEACH COMMUNITY
CHURCH, INC.,

　　　　　　　　Debtor.　 ___ /

**AGREED *EX PARTE* MOTION TO CONTINUE CONFIRMATION HEARING AND HEARING ON FEE APPLICATIONS AND EXTEND ALL RELATED DEADLINES**

PALM BEACH COMMUNITY CHURCH, INC., the Debtor and Debtor-in-Possession (the "**Debtor**"), by and through undersigned counsel, hereby moves the Court *ex parte* to continue the confirmation hearing on the Debtor's Second Amended Plan [ECF 143] (the "**Plan**") and the hearing on fee applications (collectively, the "**Hearings**") currently set for November 3, 2014 at 9:30 a.m. and extend all related deadlines, and states as follows:

1.　　Pursuant to the Court's *Order (1) Continuing Hearing on Confirmation of Second Amended Plan; (II) Continuing Hearing on Fee Applications; (III) Describing Various Deadlines; and (IV) Describing Debtor's Obligations* [DE#166], (the "**Order Setting Confirmation Hearing**"), the Hearings are scheduled for November 3, 2014 at 9:30 a.m., along with related deadlines to file and serve various pleadings as well as ballots.

2.　　The Debtor and Secured Creditor, PNC Bank completed a Judicial Settlement Conference with the Honorable Paul G. Hyman on October 10, 2014 and have reached a settlement. The parties have agreed to a continuance of the Hearings and related deadlines presently scheduled to afford time to submit an amended plan which reflects the settlement terms and also file a new sale motion as to the vacant land property of the Debtor.

- 1 -

3.    The Debtor will be amending its plan to reflect that the Third Amended Plan is consensual and incorporates the provisions of the settlement terms. At the time that the Third Amended Plan is filed, the Debtor will file a separate motion requesting that the confirmation hearing be scheduled on an expedited basis.

4.    Secured creditor PNC Bank, N.A. has no objection to the relief sought in this motion.

WHEREFORE, the Debtor respectfully requests that this Court enter an Order granting the Motion to continue the confirmation hearing and the hearing to consider fee applications to a date after the Third Amended Plan is filed, extend all related deadlines, and for such other and further relief as this Court deems just and proper.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served on the parties listed below, in the manner and date stated below on October 20, 2014.

RESPECTFULLY SUBMITTED THIS 20th day of October, 2014.

> FURR AND COHEN, P.A.
> *Attorneys for Debtor*
> 2255 Glades Road, Suite 337W
> Boca Raton, FL 33431
> (561) 395-0500/(561)338-7532-fax
>
> By /s/ Aaron A. Wernick
>    AARON A. WERNICK, ESQ.
>    Florida Bar No. 14059
>    awernick@furrcohen.com

**SERVED VIA ECF NOTICE:**

- James M Brako LegalServices@pbctax.com
- Rachel S Budke rachel_budke@fpl.com, denise_chapman@fpl.com;miriam_corzo_garcia@fpl.com
- Heidi A Feinman Heidi.A.Feinman@usdoj.gov
- Robert C Furr bnasralla@furrcohen.com, atty_furrcohen@bluestylus.com
- Steven S Newburgh snewburgh@ssclawfirm.com, ssn@newburghlaw.net;kgarcia@ssclawfirm.com;jocasio@ssclawfirm.com
- Office of the US Trustee USTPRegion21.MM.ECF@usdoj.gov

- Allen R Tomlinson atomlinson@jonesfoster.com, hgriffin@jonesfoster.com
- Aaron A Wernick awernick@furrcohen.com, cworkinger@furrcohen.com;atty_furrcohen@bluestylus.com

**SERVED VIA E-MAIL:**
Palm Beach Community Church, Debtor

**MANUAL NOTICE PARTIES:**

S. James Akers
New River Appraisals
1932 NE 31 Avenue
Ft. Lauderdale, FL  33305

Douglas S. Whiteny
Aucamp, Dellenback & Whiteny
3998 FAU Blvd #300
Boca Raton, FL  33431

Roy Wiley, CPA
711 W Indiantown Rd #C-5
Jupiter, FL  33458-7571

Lynette Green
5100 Town Center Cir #600
Boca Raton, FL 33486

John Eubanks, Esq.
1209 N. Olive Avenue
W Palm Beach, FL  33401

S James Akers
New River Appraisals
1932 NE 31 Ave
Ft Lauderdale, FL  33305-1815