

**ORDERED in the Southern District of Florida on November 7, 2014.**



**Erik P. Kimball, Judge**
**United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**West Palm Beach Division**
**www.flsb.uscourts.gov**

IN RE:                                            CASE NO. 13-35141-EPK
                                                 CHAPTER 11

PALM BEACH COMMUNITY
CHURCH, INC.,

_____Debtor._____/

**ORDER (I) SCHEDULING HEARING ON CONFIRMATION OF THIRD AMENDED**
**PLAN; (II) SETTING HEARING ON FEE APPLICATIONS; (III) DESCRIBING**
**VARIOUS DEADLINES; AND (IV) DESCRIBING DEBTOR'S OBLIGATIONS**

CONFIRMATION HEARING AND HEARING ON FEE APPLICATIONS

**November 19, 2014** at     **2:00  P.M**.

LOCATION:
**United States Bankruptcy Court**
**1515 North Flagler Drive, 8th Floor, Courtroom B**
**West Palm Beach, FL 33401**

PROPONENT'S DEADLINE FOR SERVING THIS ORDER,
AMENDED DISCLOSURE STATEMENT, AMENDED PLAN, AND BALLOT(S):

**November10, 2014**

1

DEADLINE FOR FILING FEE APPLICATIONS:

**November 17, 2014**

DEADLINE FOR FILING BALLOTS ACCEPTING OR REJECTING AMENDED PLAN:

**November 17, 2014**

DEADLINE FOR FILING OBJECTIONS TO CONFIRMATION:

**November 17, 2014**

DEADLINE FOR DEBTOR TO FILE
PROPONENT'S REPORT AND CONFIRMATION AFFIDAVIT:

**November 18, 2014**

This matter came before the Court upon the Agreed *Ex-Parte* Motion to Shorten Notice of Confirmation Hearing of the Debtor's Third Amended Plan and Hearing on Fee Application; and All Related Deadlines; and Schedule Confirmation Hearing for November 19th, 2014 at 2:00 p.m. (the "Motion").  The Motion is Granted and it is

**ORDERED AND ADJUDGED,** and notice is hereby given that:

A. **DEADLINE FOR FILING BALLOTS ACCEPTING OR REJECTING AMENDED PLAN**

The last day for filing written acceptances or rejections of the Plan is indicated above as "DEADLINE FOR FILING BALLOTS ACCEPTING OR REJECTING AMENDED PLAN."

B. **OBLIGATION OF DEBTOR**

**(1)** On or before the date indicated above as "DEADLINE FOR DEBTOR TO SERVE THIS ORDER, SECOND AMENDED DISCLOSURE STATEMENT, THIRD AMENDED PLAN, AND BALLOT(S)" the Debtor shall serve a copy of this Order, the approved Second Amended Disclosure Statement, and the Amended Plan on all creditors, all equity security holders, the United States Trustee and all other parties in interest, as required by the Bankruptcy Rules (including those entities as described in Bankruptcy Rule 3017(f)) and the Local Rules, including those listed on a "Master Service List" required to be filed pursuant to Local Rules 2002-1(H).  At the time of serving this order, the Local Form "Ballot and Deadline

for Filing Ballot Accepting or Rejecting Plan", customized as required by Local Rule 3018-1 or otherwise pursuant to order of this Court, shall be served via U.S. Mail on all creditors and equity security holders entitled to vote on the Plan. The plan proponent shall file a certificate of service as required under Local Rule 2002-1(F).

(**2**)   On or before 5:00 p.m. on the date indicated above as "DEADLINE FOR DEBTOR TO FILE REPORT OF PLAN PROPONENT AND CONFIRMATION AFFIDAVIT", the Debtor shall file with the court the Local Form "Certificate of Proponent of Plan on Acceptance of Plan, Report on Amount to be Deposited, Certificate of Amount Deposited and Payment of Fees," and the Local Form "Confirmation Affidavit". The "Confirmation Affidavit" shall set forth the facts upon which the Debtor will rely to satisfy each of the requirements of 11 U.S.C. §1129 are satisfied. The "Confirmation Affidavit" should be prepared so that by reading it, the court can easily understand the significant terms of the Amended Plan and other material facts relating to confirmation of the Amended Plan. The individual executing the "Confirmation Affidavit" shall be present at the confirmation hearing.

(3)   If the Debtor does not timely comply with any of the requirements of this Order, the Court may impose sanctions at the confirmation hearing without further notice including dismissal, conversion of the case to chapter 7, or the striking of the Second Amended Plan. At the Confirmation Hearing, the Court may also consider dismissal or conversion for other cause shown at the request of any party in interest or on the Court's own motion.

### C.   HEARING CONFIRMATION OF AMENDED PLAN

The hearing on confirmation of the Third Amended Plan has been continued to the date and time indicated above "CONFIRMATION HEARING AND HEARING ON FEE APPLICATIONS". The Confirmation Hearing may be continued to a future date or dates by notice given in open court at the initial Confirmation Hearing or at any continuances thereof.

### D.   DEADLINE FOR FILING OBJECTIONS TO CONFIRMATION OF AMENDED PLAN

The last day for filing and serving objections to confirmation of the Plan is indicated above as "DEADLINE FOR FILING OBJECTIONS TO CONFIRMATION OF AMENDED PLAN."

### E.   DEADLINE FOR FILING AND HEARING ON FEE APPLICATIONS

The last day for filing and serving fee applications is indicated above as "DEADLINE FOR FEE APPLICATIONS". All prospective applicants for compensation, including attorneys, accountants and other professionals, shall file applications which include actual time and costs,

plus an estimate of additional time and costs to be incurred through the date of the Confirmation

Hearing. At or prior to the Confirmation Hearing, each applicant must file a supplement with

documentation supporting the estimated time and costs.  Fee applications shall be timely filed

with the court and served (with all exhibits, including documentation of estimated time) on (i)

the debtor; (ii) all committees; (iii) any chapter 11 trustee or Examiner that has been appointed;

and (iv) the United States Trustee.

Fee applications will be set for hearing together with the confirmation hearing.

# # #

**Submitted by:**
Aaron A. Wernick, Esq.
Furr and Cohen, P.A.
Attorney for Debtor
2255 Glades Road Suite 337W
Boca Raton, FL 3(3431
(561)395-0500/(561)338-7532 fax
e-mail:  awernick@furrcohen.com