UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

IN RE:                                    Case No.  13-35141-EPK
                                          Chapter 11
PALM BEACH COMMUNITY
CHURCH, INC.,

     Debtor.
_____/

## DEBTOR'S QUALIFIED BID SUMMARY

PALM BEACH COMMUNITY CHURCH, INC., the Debtor and Debtor-in-Possession, (the "Debtor"), through counsel, pursuant to paragraph 10 of the Notice of Auction Sale and Bidding Procedures attached to the Order Granting Debtor's Second Motion (i) Authorizing and Scheduling the Sale of a 9.03 Acre Parcel of Undeveloped Property, Free and Clear of All Liens, Claims and Encumbrances; (ii) Approving Bidding Procedures; (iii) Approving the Notice of Sale; (iv) Scheduling An Auction Sale to Accept Higher and Better Bids; and (v) Scheduling a Final Hearing to Approve Sale Arising Out of An Auction Pursuant to 11 U.S.C. §363 [D.E. #233] (the "Sale Order") hereby notices the bids received by **December2, 2014** at 5:00 p.m., as follows:

    1.    PNC Bank, which has an approved credit bid, is a Qualified Bid pursuant to the Sale Order.

    2.    The starting bid at the Auction will be the $6,800,000.00 bid of PNC Bank, N.A. (the "Stalking Horse Bid").

    3.    The Debtor confirms receipt of proof of ability to close from the Stalking Horse bidder.

I HEREBY CERTIFY that a copy of this Notice has been furnished to the parties listed below, in the manner indicated, on the 3rd day of December, 2014.

>FURR AND COHEN, P.A.
>Attorneys for Chapter 11 Debtor
>2255 Glades Road, Suite 337W
>Boca Raton, FL 33431
>(561) 395-0500/(561)338-7532-fax
>
>By    */s/ Aaron A. Wernick*
>   AARON A. WERNICK, ESQ.
>   Florida Bar No. 14059
>   E-MAIL:  awernick@furrcohen.com

<u>By Notice of Electronic Filing</u>:

- James M Brako LegalServices@pbctax.com
- Rachel S Budke rachel_budke@fpl.com, denise_chapman@fpl.com;miriam_corzo_garcia@fpl.com
- Heidi A Feinman Heidi.A.Feinman@usdoj.gov
- Robert C Furr bnasralla@furrcohen.com, atty_furrcohen@bluestylus.com
- Steven S Newburgh snewburgh@ssclawfirm.com, ssn@newburghlaw.net;kgarcia@ssclawfirm.com;jocasio@ssclawfirm.com
- Office of the US Trustee USTPRegion21.MM.ECF@usdoj.gov
- Allen R Tomlinson atomlinson@jonesfoster.com, hgriffin@jonesfoster.com
- Aaron A Wernick awernick@furrcohen.com, cworkinger@furrcohen.com;atty_furrcohen@bluestylus.com

**<u>SERVED VIA E-MAIL:</u>**

| | |
|---|---|
| Palm Beach Community Church | toms@pbcc.cc; dray@pbcc.cc |
| Lynette Green of CBRE Realtors | lynette.green@cbre.com |
| Allen Tomlinson, Esq. for PNC Bank | atomlinson@jonesfoster.com |
| Mike Millard of CBRE Realtors | mike.millard@cbre.com |
| John R. Eubanks, Esq, escrow agent | jeubanks@blemlaw.com |

H:\LIBRARY\BANKRUPTCY\Palm Beach Community Church Inc 13-076\PLD\Notice of Qualified Bid Summary - Auction Sale scheduled for 12-4-14.docx-bjn