UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

IN RE:
PALM BEACH COMMUNITY CHURCH,     CASE NO. 13-35141-EPK
INC.,     CHAPTER 11

_____Debtor_____/

**DISBURSING AGENT'S NOTICE OF MAKING FIRST PLAN DIVIDEND**

    ROBERT C. FURR, ESQ., Disbursing Agent, herein notifies the Court that pursuant to the Order Confirming Debtor's Third Amended Plan of Reorganization [DE#236], the first dividend to creditors was mailed to allowed creditors on the attached Exhibit "A" on December 23, 2014.

    RESPECTFULLY SUBMITTED this 23rd day of December, 2014.

    FURR AND COHEN, P.A.
    Attorney for Debtor/Disbursing Agent
    2255 Glades Road, Suite 337W
    Boca Raton, FL 33431
    (561)395-0500/ (561)338-7532 fax


    By_____/s/ Robert C. Furr
      ROBERT C. FURR, ESQ.
      Florida Bar No. 210854
      E-mail: rfurr@furrcohen.com

**EXHIBIT "A"**
PALM BEACH COMMUNITY CHURCH, INC. CASE NO. 13-35141-EPK

**FIRST PLAN DIVIDEND TO CREDITORS**

| CLASS | NAME OF CREDITOR | CLAIM NUMBER | SCHEDULED AND/OR CLAIMED AMOUNT | FIRST DIVIDEND PAID 12-23/2014 PURSUANT TO PLAN |
|---|---|---|---|---|
| Adm. | Office of U.S. Trustee c/o Heidi Feinman Esq. 51 SW First Ave, #1204 Miami, FL 33130 | | $ 4,875.00 | $ 4,875.00 |
| Adm. | Furr and Cohen, P.A. | | $ 200,225.72. | $ 175,000.00 |
| Adm. | John R, Eubanks, Jr., Esq. Breton Lynch Eubanks 605 North Olive Ave 2nd Fl West Palm Beach, FL 33401 | | $ 975.00 | $ 975.00 |
| 1 | Constitutional Tax Collector Serving Palm Beach County PO Box 3715 W. Palm Beach, FL 33402-3715 | 3 | $ 11,342.74 + Int. ($20700.50) | $ 345.01 |
| 4 | Ben DeVries Real Estate Counselors c/o Preston J. Fields, Esq. 11211 Prosperity Farms Rd, C-301 Palm Bch Gardens, FL 33410 | 5 | $50,000.00 | $ 1,388.89 |
| | | | | |